# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STEPHEN SISTRUNK

VERSUS

FLORIDA MARINE, LLC AND
FLORIDA MARINE TRANSPORTERS,
LLC

NO.  2020 CW 0771

**SEPTEMBER 28, 2020**

---

In Re:   Florida Marine, LLC and Florida Marine Transporters,
         LLC, applying for supervisory writs, 18th Judicial
         District Court, Parish of Iberville, No. 79833.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT GRANTED.** The condition contained in the trial court's
June 22, 2020 and July 21, 2020 rulings which allows the video
and audio recording of the additional medical examinations of
plaintiff, Stephen Sistrunk, is reversed.  The examinations of
plaintiff with Dr. Donald Adams, Dr. Kevin Greve, Dr. Everett
Robert and Dr. John Thompson, are to be conducted without audio
or video recording.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT